AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

***** DISTRICT OF   NEVADA

LAURIE ABEL,

      Petitioner,

V.

DUCK VALLEY SHO-PAI TRIBES,

      Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:10-CV-00221-ECR-RAM**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Petition [1] is GRANTED. Judgment is entered in favor of Petitioner.

April 16, 2010

**LANCE S. WILSON**
Clerk

/s/   M. Campbell
Deputy Clerk